# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 1:23CR095** |
| | **JUDGE SARA LIOI** |
| Plaintiff, | |
| vs. | |
| **CAMERON HARRIS** | **DEFENDANT'S MOTION TO CONTINUE** |
| Defendant. | |

Now comes **CAMERON HARRIS**, through his attorneys, **L. PATRICK MULLIGAN & ASSOCIATES** and hereby moves this court for an order modifying the Sentencing date scheduled in the above-captioned cause for the reason set forth in the attached memorandum.

A Memorandum in Support is attached.

Respectfully submitted,

/s/ L. Patrick Mulligan

**L. PATRICK MULLIGAN of
L. PATRICK MULLIGAN
& ASSOCIATES L.L.C.
Supreme Ct. # 0016118**
28 N. Wilkinson
Dayton, Ohio 45402
(937) 228-9790
(937) 228-9788 Fax
patrickmulligan@patrickmulligan.com

1

**MEMORANDUM IN SUPPORT**

**MAY IT PLEASE THE COURT:**

This matter is currently set for sentencing on August 29, 2024 at 10:00 a.m. Undersigned counsel is scheduled to be out of town on vacation on that date. Undersigned counsel requests that the court set sentencing during any of the following time frames: August 19, 2024 from 10:00 a.m. until 3:30 p.m., August 20, 2024 from 10:00 a.m. until 3:30 p.m., or August 22, 2024 from 10:00 a.m. until 3:30 p.m. Undersigned counsel has been in communication with AUSA Bullard and the Government does not object to said motion. The above dates proposed have been cleared on both undersigned counsel's schedule and AUSA Bullard's schedule.

Respectfully Submitted,

/s/ L. Patrick Mulligan

**L. PATRICK MULLGAN of**
**L. PATRICK MULLIGAN**
**& ASSOCIATES, L.L.C.**
**Supreme Court # 0016118**
Mulligan Building
28 N. Wilkinson Street
Dayton, Ohio 45402
(937) 228-9790
(937) 228-9788 Fax
patrick.mulligan@patrickmulligan.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent to the office of the AUSA, Marc D. Bullard through the electronic filing system on the day of filing.

                                                **/s/ L. Patrick Mulligan**
                                                **L. PATRICK MULLIGAN**
                                                Attorney for Defendant